Jacob A. Bennett
New York State Bar No. 5753744
Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
175 N. St. NE
Room 7.505
Washington, D.C. 20002
Telephone: (202) 451-7745
Fax: (202) 616-4314
Jacob.A.Bennett@usdoj.gov
*Attorney for Defendants the United States*
*And David Karpel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL JEFFREY VOLL, an Individual, | Case No: 2:22-cv-00610-JCM-BNW |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, DAVID N. KARPEL, individually, DOES 1 through 100; and ROES 1 through 100; inclusive, | **STIPULATION FOR EXTENSION OF TIME FOR UNITED STATES' RESPONSE** (First Requested Extension) |
| Defendants. | |

      Pursuant to Local Rule IA 6-1, Defendants the United States of America and David Karpel, and Plaintiff Paul Jeffrey Voll (collectively, the "Parties") stipulate to an extension of time for the United States to respond to Plaintiff's Complaint. This is the first stipulation for an extension. The reason for this stipulation is to align the due date for the United States' response to the Complaint with the due date for Defendant David Karpel's response. Both the United States and Defendant Karpel intend to file motions to dismiss. Aligning the due dates for their responses would facilitate a consolidated briefing schedule for their motions, which would serve the purpose of judicial economy.

      The United States' response is currently due August 29, 2022. Defendant Karpel's response is currently due October 7, 2022. The parties stipulate that the United States' response will now also be due October 7, 2022. The parties further stipulate that Plaintiff will have thirty-

five (35) days to file responses to the United States' and Karpel's motions, and the United States and Karpel will have twenty-one (21) days thereafter to file any replies.

Respectfully submitted this 17th day of August 2022.

BRIAN M. BOYNTON
Principal Deputy Ass't Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

ANDREA W. MCCARTHY
Acting Ass't Director
Torts Branch, Civil Division

*/s/ Jacob A. Bennett /s/*
Jacob A. Bennett
Trial Attorney
Torts Branch, Civil Division
Constitutional and Specialized Tort Litigation
175 N. St. NE, Rm. 7.505
Washington, D.C. 20002
Telephone: (202) 451-7745
Fax: (202) 616-4314
Jacob.A.Bennett@usdoj.gov
*Attorneys for Defendants the United States and David Karpel*

## ORDER

IT IS ORDERED that ECF No. 10 is GRANTED in part and DENIED in part without prejudice. It is granted to the extent that the United States' response will be due October 7, 2022. It is denied to the extent the parties seek a longer briefing schedule on the motion to dismiss, as such a request is for the District Judge assigned to this case and must be filed in a separate stipulation. *See* LR IC 2-2(b).

**IT IS SO ORDERED**

**DATED:** 12:06 pm, August 18, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**