MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Paul Jeffrey Voll*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL JEFFREY VOLL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DAVID N. KARPEL, individually, DOES 1 through 100; and ROES 1 through 100; inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00610-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO USA AND KARPEL'S MOTIONS TO DISMISS [ECF NOS. 12 AND 13]**<br><br>(Second Request) |

NOW COME the Plaintiff, PAUL JEFFREY VOLL ("Plaintiff"), by and through his attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and the Defendants, UNITED STATES OF AMERICA and DAVID N. KARPEL, by and through their attorney Jacob A. Bennett, who hereby stipulate that the deadlines for Plaintiff to respond to Defendant USA and Karpel's Motions to Dismiss [ECF Nos. 12 and 13] and Defendant USA and Karpel's deadlines to reply to Plaintiff's responsive filing be extended pursuant to Local Rule IA 6-1.

This is the parties' second request for an extension of deadlines. The parties originally filed a stipulation [ECF No. 10] that extended Defendant United States' response deadline to align with Defendant Karpel's. That stipulation would have also extended Plaintiff's deadline to respond to the instant Motions to Dismiss. However, the Court only granted Defendants' extension to respond to

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

the Complaint and denied the request to extend the briefing schedule without prejudice. See Order [ECF No. 11]. The Court then instructed the parties to file a separate stipulation extending Plaintiff's deadline to respond to Defendants' Motions to Dismiss to be heard by the District Judge. *Id.* In support of this Stipulation and request, the parties state as follows:

1. Defendant USA and Karpel filed their Motions to Dismiss on October 7, 2022 [ECF Nos. 12 and 13].

2. Plaintiff's deadline to respond to the Motions to Dismiss is October 21, 2022.

3. Counsel for the Plaintiff and counsel for the government in the local U.S. Attorneys' office have conferred to attempt to resolve counsel for Plaintiffs request to be added to the Protective Order in place in the underlying criminal case so that Plaintiff may share the criminal discovery with undersigned counsel. The discovery is necessary to further plead the complaint in this case in response to arguments made in the currently pending motions.

4. Counsel have determined that a motion will be necessary to allow undersigned counsel for Plaintiff to be added to the Protective Order in the underlying criminal case so that discovery may be reviewed by counsel for Plaintiff and used to further plead the complaint in this case. It is also undersigned counsel's understanding that the United States has no objection to Plaintiff's counsel being added to the protective order upon further motion and order of this court.

5. To allow this motion to be filed and allow counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further respond to the pending Motions to Dismiss, the parties have stipulated to extend Plaintiff's response deadline to November 18, 2022. The parties have further stipulated to allow Defendants USA and Karpel until December 19, 2022 to file their responses to Plaintiff's filing.

6. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely to allow sufficient time to allow Plaintiffs' counsel to be added to the protective Order in the underlying criminal case, review the criminal discovery, and respond to the USA and Karpel's Motions to Dismiss.

/ / /

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

2 of 3

WHEREFORE, the parties respectfully request that the Court extend the deadlines as stipulated to herein.

DATED this 20th day of October, 2022.   DATED this 20th day of October, 2022.

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

ANDREA W. MCCARTHY
Senior Trial Counsel
Torts Branch, Civil Division

/s Jacob A Bennett
JACOB A. BENNETT
Trial Attorney
Torts Branch, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7745
Jacob.A.Bennett@usdoj.gov
*Attorneys for Defendants the United States and David Karpel*

MELANIE HILL LAW PLLC

/s/ Melanie A. Hill
MELANIE A. HILL
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Telephone: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Paul Jeffrey Voll*

**IT IS SO ORDERED.**

October 21, 2022
**DATE**                                    **UNITED STATES DISTRICT JUDGE**