MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Paul Jeffrey Voll*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL JEFFREY VOLL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, DAVID N. KARPEL, individually, DOES 1 through 100; and ROES 1 through 100; inclusive, <br><br> Defendants. | CASE NO.: 2:22-cv-00610-JCM-BNW <br><br> **STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT USA'S MOTION TO DISMISS [ECF NO. 13]** <br><br> (Seventh Request) |

NOW COME the Plaintiff, PAUL JEFFREY VOLL ("Plaintiff"), by and through his attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and the Defendants, UNITED STATES OF AMERICA and DAVID N. KARPEL, by and through their attorney Jacob A. Bennett, who hereby stipulate that the deadlines for Plaintiff to respond to Defendant USA's Motion to Dismiss [ECF No. 13] and Defendant USA's deadline to reply to Plaintiff's responsive filing be extended pursuant to Local Rule IA 6-1.[1]

/ / /

---

[1] The parties are not requesting an extension of Plaintiff Voll's deadline to respond to Defendant Karpel's Motion to Dismiss [ECF No. 12] due to the recent filing of a stipulation to dismiss Defendant Karpel from this case on March 27, 2023 [ECF No. 25] that remains pending before the Court. When Defendant Karpel is terminated from the case due to the voluntary dismissal, Karpel's Motion to Dismiss should be denied as moot.

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

This is the parties' seventh request for an extension of deadlines. The parties originally filed a stipulation [ECF No. 10] that extended Defendant United States' response deadline to align with Defendant Karpel's deadline. That stipulation would have also extended Plaintiff's deadline to respond to the instant Motions to Dismiss. However, the Court only granted Defendants' extension to respond to the Complaint and denied the request to extend the briefing schedule without prejudice. *See* Order [ECF No. 11]. The Court then instructed the parties to file a separate stipulation extending Plaintiff's deadline to respond to Defendants' Motions to Dismiss to be heard by the District Judge. *Id.* That stipulation was filed and granted. In support of this Stipulation and request, the parties state as follows:

1. Defendants USA and Karpel filed their Motions to Dismiss on October 7, 2022 [ECF Nos. 12 and 13].

2. The parties recently stipulated to extend Plaintiff's deadline to oppose the Motions to Dismiss to March 29, 2023 to allow counsel for Plaintiff to evaluate the claims against individual defendant David N. Karpel who filed a Motion to Dismiss the claims against him individually under *Bivens* with a further agreement that if the claims against Defendant Karpel was dismissed, counsel for Voll would have an additional two months to amend Voll's complaint and/or oppose the United States' Motion to Dismiss [ECF No. 13] after obtaining and reviewing the previously protected discovery in an organized format from the Trial Group 1 defendants.

3. The parties also previously stipulated to extend the response deadlines to allow counsel for Plaintiff to file a motion to be added to the Protective Order in place in the underlying criminal case so that Plaintiff could share the criminal discovery with Plaintiff's counsel. The discovery is necessary to further plead the complaint in this case in response to arguments made in the currently pending Motion to Dismiss filed by Defendant United States of America.

4. Prior to filing the prior stipulations and the motion, counsel for Plaintiff also conferred with the local U.S. Attorneys' office regarding the same. Counsel determined that a motion would be necessary to allow counsel for Plaintiff to be added to the Protective Order in the underlying criminal case so that discovery may be reviewed by counsel for Plaintiff and used to further plead the complaint in this case.

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

2 of 5

5. On November 18, 2022, Plaintiff's counsel filed a Motion to Be Added to the Protective Order in the Underlying Criminal Case [ECF No. 17] in this case. The Motion was denied without prejudice by Magistrate Judge Weksler on November 23, 2022 [ECF No. 19] stating: "The parties in this case may file a joint request for a Protective Order regarding the discovery that Plaintiff in this case will obtain from the Government." *See* ECF No. 19.

6. The parties further conferred on Plaintiff's counsel's filing of the Motion to Be Added to the Protective Order in the underlying criminal case, case number 2:16-cr-00265-GMN-NJK.

7. On January 25, 2023, Plaintiff's counsel filed the Motion to Be Added to the Protective Order in the criminal case [ECF No. 2296 in 2:16-cr-00265-GMN-NJK].

8. On January 31, 2023, Magistrate Judge Koppe ordered the United States to file a response indicating its position on Defendants' motion no later than February 6, 2023 [ECF No. 2297 in 2:16-cr-00265-GMN-NJK].

9. On February 2, 2023, the United States filed its response indicating that it did not oppose the Motion [ECF No. 2298 in 2:16-cr-00265-GMN-NJK].

10. On February 2, 2023, Magistrate Judge Koppe granted Plaintiff's counsel's Motion to Be Added to the Protective Order in the criminal case [ECF No. 2299 in 2:16-cr-00265-GMN-NJK].

11. Since the entry of the Order Adding Plaintiff's Counsel to the Protective Order, Plaintiff's counsel has been attempting to get all of the underlying criminal discovery in an organized fashion from the Trial Group 1 defendants through their prior counsel and is still awaiting receipt of the discovery. Plaintiff Voll also provided unindexed discovery to Plaintiff's counsel.

12. Since the entry of the Order, Plaintiff's counsel was also preparing for and in trial in a civil case that started on February 27, 2023 that was anticipated to last six to seven weeks. The case settled during trial.

13. On March 27, 2023, the parties filed a stipulated to dismiss Defendant Karpel from this case. The stipulation is currently pending before the Court.

14. To allow time for Plaintiff's counsel to obtain and review the underlying criminal discovery for purposes of prosecuting this civil case and further responding to the remaining pending Motion to Dismiss [ECF No. 13] and/or filing an Amended Complaint in light of the delay in getting

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

1  the discovery and her trial preparation, the parties have stipulated to extend Plaintiff's response deadline to the USA's Motion to Dismiss [ECF No. 13] to June 5, 2023. The parties have further stipulated to allow Defendant USA until July 12, 2023 to file its response to Plaintiff's filing.

15.   This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely to allow sufficient time for Plaintiff's counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further responding to the remaining pending Motion to Dismiss and/or filing an Amended Complaint considering the delay in getting the discovery, Plaintiff's counsel's recent trial preparation and trial schedule over the last few months, and the recently filed voluntary dismissal of Defendant David N. Karpel [ECF No. 25] on March 27, 2023.

/ / /

/ / /

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

WHEREFORE, the parties respectfully request that the Court extend the deadlines as stipulated to herein.

DATED this 28th day of March, 2023.   DATED 28th day of March, 2023.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Director
Torts Branch, Civil Division

ANDREA W. MCCARTHY
Acting Assistant Director
Torts Branch, Civil Division

MELANIE HILL LAW PLLC

/s/ Melanie A. Hill
MELANIE A. HILL
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Telephone: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Paul Jeffrey Voll*

/s/ Jacob A Bennett
JACOB A. BENNETT
Trial Attorney
Torts Branch, Civil Division
Constitutional and Specialized Tort Litigation
175 N. St. NE, Rm. 7.114
Washington, D.C. 20002
Telephone: (202) 451-7745
Jacob.A.Bennett@usdoj.gov
*Attorneys for Defendants the United States of America and David Karpel*

**IT IS SO ORDERED.**

March 31, 2023
**DATE**

**UNITED STATES DISTRICT JUDGE**